Andrew J. Williams, Kingwood, TX, for Defendant–Appellant.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Julio Cesar Ortega Gonzales (Ortega) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

L.Ed.2d 493 (1967). Ortega has filed a response. Our independent review of the record, counsel's brief, and Ortega's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

UNITED STATES of America,
Plaintiff–Appellee

v.

Nathan DAVIS, Defendant–Appellant.

No. 09–30908
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2010.

Kathleen J. Monaghan, U.S. Department of Justice, Washington, DC, Robert William Piedrahita, Esq., Assistant U.S. Attorney, U.S. attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Nathan Davis, Anthony, NM, pro se.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Nathan Davis has moved for leave to with-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

draw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Davis has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.